IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WAYNE AVERY, #141980, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03cv793-A |
| | ) |
| MYRA K. PETERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 2 November 2005, the Magistrate Judge filed a Recommendation (Doc. #29) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. That Defendants motion for summary judgment (Doc. #12) is GRANTED;

2. Judgment is ENTERED in favor of Defendants and against Plaintiff;

3. Plaintiff's complaint is DISMISSED with prejudice under the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

4. The costs of this proceeding are taxed against Plaintiff.

Done this the 21st day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE